GastoN, Judge.
 

 The court is of opinion that the Judge erred in permitting the deposition to be read. It holds that when the notice for taking a deposition, names the hours of the day within which it is appointed to be taken, it is not enough that the deposition shall appear to have been taken on that day, but that it must also appear to have been taken within the prescribed hours.— Such the court believes to have been the general practice, and this practice it holds to be most consistent with principle. It is necessary that the time and place of taking the deposition, shall conform to the time and place when and where the opposite party is notified to attend. Depositions are often taken
 
 ex parte,
 
 and it is dangerous to relax any of those rules which have been provided for taking them fairly. But notwithstanding this error, the court is of opinion that the judgment below must be affirmed. The cases of
 
 McRea
 
 v.
 
 Houston Watford
 
 v.
 
 Pitt
 
 (3
 
 Murph.
 
 429 and 468) Jiaveconclusively
 
 *168
 
 established that under the act of 1784,
 
 (Rev. c. 225)
 
 parol gifts of slaves are void as against creditors and purchasers.
 

 Per Curiam — Judgment aepirmed. '